IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG M. HOUSTON,

    Petitioner,               No. CIV S-03-0340 FCD CMK P

    vs.

MIKE KNOWLES, et al.,

    Respondents.           <u>ORDER</u>

_____/

        On May 9, 2005, petitioner submitted an "application for an enlargement of time and declaration of Craig Michael Houston." That document was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondents, then documents submitted by petitioner must be served on that attorney and not on the respondents themselves. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondents or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's May 9, 2005 "application for an enlargement of time and declaration of Craig Michael Houston" will be placed in the court file and disregarded. Petitioner is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper certificate of service with such filing, will result in a recommendation that this action be dismissed.

DATED: May 16, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/kf

hous0340.135